IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOSH ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>SHRI GANESH YELLOWSTONE, LLC;<br>GANESHAY BOZEMAN, LLC;<br>PURVISH SONI,<br><br>    Defendants. | CV-25-19-BU-JTJ<br><br><br>ORDER |

Plaintiff Josh Elder (Elder) has filed a Request for Entry of Default against Defendants Shri Ganesh Yellowstone, LLC, (SGY) and Ganeshay Bozeman, LLC, (GB) pursuant to Fed. R. Civ. P. 55(a). (Doc. 23).

SGY and GB initially appeared in this matter through counsel who filed an Answer on their behalf on August 1, 2025. (Doc. 13).  On November 24, 2025, their counsel filed an Unopposed Motion to Withdraw. (Doc. 21).  The affidavit included with this motion stated that SGY and GB had been advised of their obligation to

retain new counsel. (Doc. 21-1, ¶ 6). The Court granted the motion on December 1, 2025. (Doc. 22).

It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney. *In re American West Airlines v. America West Airline,* 40 F.3d 1058, 1059 (9th Cir. 2004); *D-Beam, Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004). Further, L.R. 83.3(b) of the District of Montana's Local Rules of Procedure provides that any entity other than an individual, including but not limited to a corporation, an unincorporated association, a partnership, or a union, may appear only by an attorney. No counsel having made an appearance on behalf of SGY or GB for over ninety days and no response to Elder's Request for Default having been filed within 14 days as required by L.R. 7.1(d)(1)(B)(ii),

**IT IS HEREBY ORDERED:**

1.  SGY and GB shall have until April 8, 2026, to have counsel respond to Elder's Request for Default on their behalf. Their failure to do so shall result in the Court directing the Clerk to enter the default of SGY and GB.

DATED this 25th day of March 2026.

John Johnston
United States Magistrate Judge